IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAPORTE PIGMENTS, INC. ) <br> a Delaware Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AXEL J., LP ) <br> a Canadian limited partnership ) <br> ) <br> Defendant. ) | Civil Action: 00-0329-CV-W-5-ECF |

**ORDER**

Upon Unopposed Motion of Defendant Axel J., LP, and for good cause shown, it is hereby ordered that Defendant Axel J., LP shall have until August 25, 2000 to answer or otherwise respond to Plaintiff's Second Amended Complaint.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
U.S. District Judge

Dated: August 17, 2000
Kansas City, Missouri